# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**985**

**CAF 13-00744**

PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, AND VALENTINO, JJ.

---

IN THE MATTER OF KAHLIN T.D.W.
-------------------------------------------------
ALLEGANY COUNTY DEPARTMENT OF SOCIAL SERVICES,
PETITIONER-RESPONDENT;

ORDER

BETSEY J.D., RESPONDENT-APPELLANT.
-------------------------------------------------
IN THE MATTER OF BRADLEY A.W.,
PETITIONER-RESPONDENT,

V

BETSEY J.D., RESPONDENT-APPELLANT.
(APPEAL NO. 1.)

---

DAVISON LAW OFFICE, PLLC, CANANDAIGUA (MARK C. DAVISON OF COUNSEL),
FOR RESPONDENT-APPELLANT.

THOMAS A. MINER, COUNTY ATTORNEY, BELMONT (CARISSA M. KNAPP OF
COUNSEL), FOR PETITIONER-RESPONDENT ALLEGANY COUNTY DEPARTMENT OF
SOCIAL SERVICES.

DAVID E. CODDINGTON, ATTORNEY FOR THE CHILD, HORNELL.

---

Appeal from an order of the Family Court, Allegany County
(Terrence M. Parker, J.), entered April 9, 2013. The order, among
other things, awarded petitioner Bradley A.W. custody of the subject
child.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered: September 26, 2014                          Frances E. Cafarell
                                                     Clerk of the Court